**428** BARNES vs. PROBATE JUDGE (Wayne), No. 12295.

To compel entry of order reviving commission on claims in a case where the estate was not finally settled, and claimant had

been in England ever since the death. How. Stat., Sec. 5894; Hart vs. Circuit Judge, 56 M., 592 (430).

Granted October 29, 1891, with costs against estate.